Witherax
v.
Averill.

JACKSON, *ex dem.* Rugbee and others, *against*
STILES, Gubert, tenant.

EJECTMENT. The declaration was returnable at this term. The tenant held under a demise from *Laussat* and *Bouchaud;* and sent them word, on receiving the declaration, that he should not defend; and that if they intended to protect the premises against the claim of the lessors of the plaintiff, they must attend to it; for he (the tenant) should not. On these facts,

S. R. *Hobbie*, moved that the landlords be made defendants; and cited 1 *R. L.* 443, *s.* 29, 30; 1 *Cowen*, 135; 4 *John. Rep.* 492; 2 *Dunl. Pr.* 1022, 3; 4 *Taunt.* 820; *Adams on Eject.* 239, 240, and 361, *App. No.* 29.

S. *Sherwood*, contra, submitted whether the application was not premature; and said that before the landlord could be received to defend alone, judgment should be given against the casual ejector.

*Curia.* The tenant expressly refused to appear. This was enough. The landlord need not wait till a default is entered against him.

Motion granted.

*In ejectment, the landlord may move to defend, at the term when the declaration is returnable; especially where the tenant has expressly refused to appear.*